# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Master Marine, Inc. ) ASBCA No. 62044
)
Under Contract No. W912P8-18-P-0029 )

APPEARANCE FOR THE APPELLANT: A. Clay Rankin, Esq.
Rankin Law LLC
Fairhope, AL

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Thomas M. Taff, Jr., Esq.
Engineer Trial Attorney
U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The appeal has been settled. The appeal is dismissed with prejudice.

Dated: September 12, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62044, Appeal of Master Marine, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals